IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED

SEP - 5 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

REGINALD YOUNG,
    Inmate # 50081-066

     Plaintiff,

17-946-JPG

    New Civil Filing:
    Civil Case No:_____

-v-

UNITED STATES OF AMERICA,
    *Department of Justice,*
    *Federal Bureau of Prisons, et, als.*

---

### PLAINTIFF'S CIVIL COMPLAINT PURSUANT TO
### FEDERAL TORT CLAIMS ACT
### 28 U.S.C, §§ 1346(b)(1), 28 U.S.C.S. 2680 (a)
### FOR PHYSICAL INJURY

---

**COMES NOW** Reginald Young, the Plaintiff pro se and files this action under the

The Federal Tort Claims Act, pursuant to 28 U.S.C. §§ 1346(b)(1), 28 U.S.C.S. 2680 (a)

for Physical Injuries arising from his " nuclear sclerotic cataract, and macular puckering

of his left eye. " This civil action for monetary relief under the Federal Tort Claims Act,

28 U.S.C. §§ 2671-2680. Under the provision of the Federal Tort Claims Act, Title 28 U.S.C.

§ 1346(b), 2671 et, seq, alleging liability of the United States of America, and or the Federal

Bureau of Prisons, et, als. And requests a jury trial.

**Jurisdiction**

**28 U.S.C.S. § 1346(b)**

It is provided in 28 U.S.C.S.(b) that the Federal District Courts shall have exclusive
jurisdiction of actions against the United States seeking recovery or money
damages for injury to person or property caused by a negligent act or
omission of an " employee of the government " while acting within the scope

of his/her office or employment, an in 28 U.S.C.S. § 2671 the term " employment of " any " federal agency.

## § 2671 (Monetary Relief)

" Employee of the government " includes (1) officers or employee of any
Federal agency, acting within the scope of his/her office or employment.

## (28 U.S.C.S. § 2680(a)

The Federal Tort Claims Act grants Federal Courts " jurisdiction " over claims arising

from certain tortuous conduct by government employees. 28 U.S.C.S. § 1346(b)(1). It

represents a waiver of the sovereign immunity of the United States with respect to these

claims. However, the statute contains a number of exceptions in which sovereign immunity

is not waived. 28 U.S.C.S. § 2680(a).

## § 2680(e)

(a) Any claim based upon an act or omission of an employee of the
Government, exercising due care, in the execution of a statute or regulation,
whether or not such statute or regulation be valid, or based upon the exercise
or performance or the failure to exercise or perform a discretionary function
or duty on the part of a federal agency or an employee of the government,
wether or not the discretion involved be abused.

(e) Any claim arising out of an act or omission of any employee of the
Government administering the provisions of sections 1-31 of Title 50,
Appendix.

**In support the Plaintiff states as follows:**

## Complaint

The Plaintiff is currently incarcerated with the Federal Bureau of Prisons located at FCI

Greenville, in Greenville, Illinois and brings this claim for damages. The Plaintiff Young is a 57

year old male, with cataract problems since 2005, and had " phacoemulsification of cataract

surgery " with the implant of a " intraocular lens " to his right eye on May 11, 2009. It was

further diagnosed that the Plaintiff needed additional surgery to his left eye as well, based

upon the Young suffered from " nuclear sclerotic cataract " and " macular puckering of his

left eye ". It was determined by Dr. Bart J. Braine on November 3, 2008, that an additional follow-up and referral of additional surgical treatment was necessary to improve the Plaintiff's vision. It was further noted in this correspondence that the Plaintiff " had significant posterior subcapsular cataracts in  both " eyes. *( It should be noted that the Plaintiff was in the custody and care of the Federal Bureau of Prisons)* Thus resulting with a diagnosis of the left eye cataract removal. *(cataract extraction and membrane peel)*

On October 19, 2011 after returning from outside medical trip, it was determined and diagnosed that the Plaintiff " receive cataract removal of O.S. ", regarding his left eye. *(see attached affidavit/recommendation)* On October 17, 2011 Dr. Alan Montgomery noted that Plaintiff needed cataract surgery O.D.

On January 15, 2014 Dr. A Montgomery diagnosed the Plaintiff with advanced stage of " retinopathy " and without any corrective surgery, the Plaintiff's eye sight is not expected to improve. *(The Plaintiff was in custody and care of  the Federal Bureau of Prisons)*

On March 11, 2016, FCI Health Services noted " Health Problems " stating, (1) Nuclear Cataract (2) Other Cataract both were determined to be current.

On June 1, 2016 the Plaintiff was once again examined by Dr. Alan Montgomery, O.D. and the Plaintiff once again addressed his vision problems. Dr. Montgomery noted the Plaintiff's increasing OS problems. It was further determined that any high blood pressure problems were " NOT " the cause of the Plaintiff's visions problems. *(It should be noted that FCI Health Services on April 11, 2014 determined that any of the Plaintiff's vision problems where related to high blood pressure. FCI Greenville Heath Services, P/A K. Schneider, PA-C documented this on April 11, 2014, three months after Dr. Montgomery diagnosed the Plaintiff with " advanced stage of retinopathy ".) (January 15, 2014)*

## Claim for Physical Damages

The record is clear that the Plaintiff has had cataract problems since 2005 and remains

to the date of this filing. The record is clear that the Plaintiff was evaluated and diagnosed

by two ophthalmologist to determine how to properly treat the Plaintiff's vision problems.

The consequence of this early diagnoses, and " wanton " action was to prevent any

further " deteriorated of vision " which has occurred. Based on the Federal Bureau of Prisons

failure to address the Plaintiff's vision problems as diagnosed at an early stage. The Plaintiff

still suffers from vision problems related to his cataracts which has caused inflammation,

angle closure, and has a medically unmanageable open angle glaucoma, thus progressive

vision loss.

The Plaintiff continues to suffer eye pain, " blurred vision " and excruciating

headaches based upon " keratoconus and bilateral cataracts " with significant posterior

subcapsular " cataracts in O.U. The Plaintiff was diagnosed to undergo " par plana

vitrectomy and membrane peel over five years ago, and as of this date, his visual acuity

has significantly decreased. The Plaintiff also asserts that his vision problems have currently

carried over to his everyday life situations and functions that also have been impaired,

such as simply reading books, walking up stairs and difficulties with social interaction,

attention and concentration.

The Seventh Circuit has held that a medical need is objectively " serious " where it has

either been diagnosed by a physician as mandating treatment, or where the need is so

obvious that even a lay person would recognize the neccessity for a doctor's attention.

Vision loss associated with caterats or glaucoma satisfies the objective standard. *see*

<u>Gutierrez v Peters</u>, 111 F. 3d. 1364, 1373 (7th. Cir. 1997) and <u>**Burks v Raemisch**</u>, 555

F. 3d. 592, 595 (7th. Cir. 2009) The Plaintiff has provided sufficient evidence based upon

record provided to this Court to establish his claim for damages thus creating a cause of action against the United States, Department of Justice and Federal Bureau of Prisons.

### Action of the Defendant's

The Seventh Circuit has observed that " Congress expressly granted jurisdiction for suits brought against the United States for its employees ' conduct, and not the conduct of contractors. State common law principles cannot overcome this federal statute. **Alinsky v United States**, 415 F. 3d. 639, 643-44 (7th. Cir. 2005) (citations omitted) (United States cannot be held liable for any conduct of its independent contractors). With that said, FTCA claims " have been allowed to proceed against the United States " based on the conduct of outside providers. *See, e.g* **Arteaga v United States**, 711 F. 3d. 828, 830-31 (7th. Cir. 2013) *(Stating, employees of a private enterprise that receives money from the U.S. Public Health Services are considered Federal employees for the purposes of FTCA claim)* The Federal employees contained in this complaint failed to provide the Plaintiff with the necessary and diagnosed surgery to correct the Plaintiff's vision problems.

### 735 ILCS § 5/2-622 Substantive Law of the State

The Plaintiff is in compliance when this Court considers the merits of an FTCA claim, the Court looks to the substantive law of the State where the tort occurred. *See, e.g* **Parrott v United States**, 536 F. 3d. 629, 637 (7th. Cir. 2008); and **Palay v United States** 349 F. 3d. 418, 425 (7th. Cir. 2003) . The Plaintiff has provided an affidavit and reviewed the facts of the case with a qualified health professional who has diagnosed the Plaintiff's claim against the United States and Federal Bureau of Prisons. At the case at hand the Plaintiff has supplied documentation in which he received from FCI Greenville Heath Services, although he has requested additional medical documentation, and as of the filing of this complaint, health services has not provides those additional documents. In the

instant case, the Plaintiff asserts that he has complied with 735 ILCS § 5/2-622 and also

satisfy section 2-622, by filing the necessary affidavits and or reports.

### Statutes of Limitations 28 U.S.C.S. § 2401(b) (Administative Remedies)

The Plaintiff states he has complied Pursuant to 28 U.S.C.S. § 2401(b) which requires

that a Federal Tort Claims Act claimant file administrative claim with the appropriate Federal

agency within two years of the claim accruing, and file a complaint in the District Court

within six months of the denial of the Administrative claim. The Plaintiff filed a Federal Tort

Claim with the U.S. Department of Justice, Federal Bureau of Prisons, North Central Regional

Office on September 6, 2016, Case No: TRT-NCR-2017-00017 based upon new and

additional information which was not available on a previous filing. On March 3, 2017 the

Plaintiff was denied. It should be noted that the post-mark on this denial was March 6,

2017, and the Plaintiff did not actually receive this denial until March 8, 2017, thus this

Court should consider that the actual six month period should begin on March 8, 2017, not

March 3, 2017. *(enclosed copy of post-marked envelope)*

### Affidavit's and Medical Records

The Plaintiff has provided medical documents signed by the physicians that treated

the Plaintiff during his medical treatment. The Plaintiff has also requested additional

documents from FCI Greenville Health Services related to contacts with " The Eye Surgery

Center " in Centralia, Illinois which at time of this filing have not provided.

### Claim of Relief

The Plaintiff states that a person's eye sight is one of the " four senses " that are

needed to have a normal life in todays world. Regardless if the Plaintiff is incarcerated, this

right to have the proper health care should not stop at the gates of a prison. The record is

clear that at least two " ophthalmologist " have diagnosed the Plaintiff with serious vision

problems and that corrective surgery was needed. On June 16, 2011 FCI Greenville Health

Services called Kim Sullivan to schedule surgery for the Plaintiff, which never happened.

*(see, attached consultation request)*. It was also determined on July 19, 2011 after

returning from an outside evaluation that the Plaintiff receive cataract removal of O.S.

The Plaintiff vision problems have been on going since 2011 and currently continue

as the filing of this suit, and eight years is far to long. The Plaintiff is requesting in this Tort

Action, that he receive, as prescribed and diagnosed corrective eye surgery. And based

upon the length of time that the Plaintiff has suffered under these conditions be awarded

$62,000.00 dollars for pain and suffering, and actual damages resulting from the delay of

treatment of the Federal Bureau of Prison, Department of Justice, and the United

States.

## CONCLUSION

**WHEREFORE** the Plaintiff has shown that under the care and custody of the United

States, Department of Justice, and Federal Bureau of Prisons has suffered actual injuries. The

Plaintiff has also shown this Honorable Court that this claim is supported by enough facts to

state a claim, and relief is plausible on its facts.

The record is also clear that the Plaintiff is entitled to " relief " rather than a " blanket -

assertion " of entitlement for relief. This Complaint has shown more than a mere suspicion

of a legal cognizable right to action.

Respectfully submitted on this 29th day of August, 2017

Mr. Reginald Young # 30081-066
FCI Greenville
P.O. Box 5000
Greenville, IL 62246
**PRO SE REPRESENTATION**

# CERTIFICATE OF SERVICE

I, _Reginald Young_ hereby certify that I have served a true and correct copy of
the following: Plaintiff's civil complaint pursuant to
Federal Tort Claims Act
28 U.S.C. §§ 1346(b)(1), 28 U.S.C.S. 2680(a)
For Physical Injury

Which is deemed filed at the time it was delivered to prison authorities for forwarding,
Houston v. Lack, 101 L. Ed. 2d 245 (1988), upon the defendant/defendants and or his
attorney/attorneys of record, by placing same in a sealed, postage prepaid envelope addressed
to: United States Courthouse
750 Missouri Avenue, Room 104
East St. Louis, IL 62201

And deposited same in the United States Mail at the Federal Correctional Institution at
FCI - Greenville P.O. Box 5000, 62246

I declare under penalty of perjury (TITLE 28 U.S.C. §1746) that the forgoing is true and correct.

Dated this 29th day of August 2017

_Reginald Young_

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

**REQUEST**

| TO: Optometrist | FROM: (Requesting physician or activity) | DATE OF REQUEST |
|---|---|---|

REASON FORM REQUEST (Complaints and findings)

① - DIABETIC - 11 yrs. HA1c 12.5 1/16 - RESTARTED MEDS
  V/VA OS.                    (prev off MEDS)    - (AT SURGERY 2008 -OD)

② V/AcC 2/25        PHIMA/FH
         OD         P/H 3/30 -

**CONSULTATION REPORT**

IMPRESSION:      - MILD NON-PROLIFERATIVE DR
                 - PCI OD / II° CATARACT - OS
PLAN:                     V
                 MONINL - DISCUSSED W/ P/S

PHYSICAL EXAMINATION:
    EXT. C CMPL          - R/ SPEC.
    LIII -OD    PCI
    4 II III OS
    +1/12 AS       IN  { R +200
    -1/12 CON/CORN  IN/16 { L +2.25 -0.50 080
            IGP 12mm
    INTRAOC
    2/25 C̄  2/25
    P/H
    ADD NONE
    SCATTUS BUT/BUT
         2U
         10 OS



(Continued on reverse side)

| SIGNATURE AND TITLE | DATE |
|---|---|
| Physician's Name  Alan D. Montgomery | 06/01/16 |

| IDENTIFICATION NO. | ORGANIZATION | REGISTER NO | WARD NO. |
|---|---|---|---|

PATIENT'S IDENTIFICATIONS (For typed or written entries give Name - last, first, middle; grade; rank; rate; hospital; or medical facility)

CONSULTATION SHEET
STANDARD FORM 513 (REV. 9-77)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 301-45-505
513-108

FCI/FPC Greenville, IL

Rev. 10/2006

INMATE NAME: Young, Reginald
REG. NO.:
    50081-000

| Inmate Name: | YOUNG, REGINALD | | | Reg #: | 50081-066 |
|---|---|---|---|---|---|
| Date of Birth: | 05/07/1960 | Sex: M | Race: BLACK | Facility: | GRE |
| Encounter Date: | 03/11/2016 09:59 | Provider: | Hartnagel, Catherine | Unit: | C07 |

## ASSESSMENTS:

**Health Problems as of Dental Health History Encounter date:** 03/11/2016 09:59

**Health Problems**

| Health Problem | Status |
|---|---|
| Diabetes mellitus, type II (adult-onset) | Current |
| Nuclear cataract | Current |
| Other cataract | Current |
| Other cataract | Current |
| Benign paroxysmal positional vertigo | Current |
| Hypertension, Benign Essential | Current |
| Arrythmia, cardiac dysrhythmia, unspecified | Current |
| Chronic periodontitis, unspecified | Current |
| Abnormalities of the hair | Current |
|    Folliculitis | |
| Examination of eyes and vision | Current |
| Carbuncle and furuncle of other specified sites | Resolved |
|    left axilla | |
| Hidradenitis | Resolved |
|    left axilla | |
| LTBI Prophy Hx Prior to BOP Incarceration | Resolved |
|    chart review this date. | |

**Medical History as of Dental Health History Encounter date:** 03/11/2016 09:59

**Medical History:**

**Allergies:** Denied

**Seizures:** Denied

**Diabetes:**

    **Type:** Non-Insulin Dependent

    **Age of Onset:**

    **Comments:**

**Cardiovascular:** Denied

**CVA:** Denied

**Hypertension:**

    **Age of Onset:** Unknown

    **Comments:**

**Respiratory:** Denied

**Sickle Cell Anemia:** Denied

**Carcinoma/Lymphoma:** Denied

    **Comments:**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | YOUNG, REGINALD | | | Reg #: | 50081-066 |
| Date of Birth: | 05/07/1960 | Sex: | M    Race: BLACK | Facility: | GRE |
| Note Date: | 10/17/2011 11:02 | Provider: | Montgomery, Alan OD | Unit: | C08 |

Optometry encounter performed at Health Services.
**Administrative Notes:**

   **ADMINISTRATIVE NOTE    1        Provider:** Montgomery, Alan OD

       Exam   Written note    No Diabetic Retinopoathy   Cataract OS   Cataract surgery OD   Monitor

**Copay Required:** No                    **Cosign Required:** Yes
**Telephone/Verbal Order:**  No

Completed by Montgomery, Alan OD on 10/17/2011 11:45
Requested to be cosigned by  Kruse, Douglas MD/CD.
Cosign documentation will be displayed on the following page.
Requested to be reviewed by  Gillian, Harold PA-C.
Review documentation will be displayed on the following page.

| Inmate Name: | YOUNG, REGINALD | | | Reg #: | 50081-066 |
|---|---|---|---|---|---|
| Date of Birth: | 05/07/1960 | Sex: | M    Race: BLACK | Facility: | GRE |
| Note Date: | 07/19/2011 15:51 | Provider: | Kelly, Renna RN | Unit: | C08 |

Medical Trip Return encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**        **Provider:** Kelly, Renna RN

Inmate returned from outside medical trip after seeing Opthalmology and recommendations received for Cataract removal of OS.  Will submit consult for eval during UR.

**New Consultation Requests:**

| <u>Consultation/Procedure</u> | <u>Due Date</u> | <u>Priority</u> | <u>Translator</u> | <u>Language</u> |
|---|---|---|---|---|
| Ophthalmology | | | No | |

**Reason for Request:**
Cataract removal OS as recommended in 07-19-2011 consult

**Copay Required:** No            **Cosign Required:** Yes
**Telephone/Verbal Order:**  No

Completed by Kelly, Renna RN on 07/19/2011 15:54
Requested to be cosigned by  Kruse, Douglas MD/CD.
Cosign documentation will be displayed on the following page.
Requested to be reviewed by  Gillian, Harold PA-C.
Review documentation will be displayed on the following page.

50081-046

Via _____ shared record _____ ltr _____ verbal: Dr. _____ requests advice
or an opinion on signs/symptoms fro... ...m with suspected DX of

APPT NOTE: ......
PAGE:
NAME: **Reginald Young**
ADDRESS: FCI Greenville PO Box 4000
Greenville, IL 62246
PHONE: (618) 664-6289,
WORK:
DOB: 05/07/1960 (51)
ient ID # / ACCT # 108454 / 108454
ALLERGIES:
THIS VISIT: 07/19/2011 1:15 pm
PCP:
LOCATION: SWANSEA

CHIEF COMPLAINT: Here for Cataract OS

HPI LOCATION ☐ OD ☑ OS ☐ OU Other
QUALITY Va blurred OS. OD fine.
SEVERITY least < ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ 7 ☐ 8 ☑ 9 ☐ 10 > most
DURATION _____ hours _____ days _____ weeks ✓ months _____ years
CONTEXT Constant
MODIFYING FACTORS Flashes
ASSOCIATED SIGNS & SYMPTOMS ⊕ Floaters (old)
CHRONIC / INACTIVE CONDITIONS IOL OD; Cat OS
Indicate: ....
ROS/PFSH as recorded on 4-11 ⊘ reviewed and updated as noted
Scribed by CW COA Performed by _____ MD

**EXAM**  readers old

W  OD _____
OS _____
Wearing Add _____
OD −0.25 sph
R  OS −1.25 + 0.50 × 155
Add _____

V 20/30
20/80 −2 ph 20/80 sc

V 20/30
20/55 −2 cc

Bat
20/100 (OS)

Neurologic/Psychiatric
☐ Oriented to time, place person
☐ Mood and affect appropriate

Dilation Time
☐ Asst/dilated 1:35
☐ Neo 2.5%
☐ Cyclogyl 1%   P.m.
☐ Paremyd

Ta 13/14 CW

Glaucoma FT starting pressures _____
15% reduction      PQRI 3284F
No 15% reduction PQRI 3285F
plan of care in place PQRI 0517F
NA newly diagnosed or no glcma

Refraction
WNL
OD OS

| EXAMINATION PERFORMED | ABN OD OS |
|---|---|
| Gross **Visual Fields** including by confirmation | ☐ ☐ |
| Test **Ocular Motility** including primary gaze alignment | ☐ ☐ |
| Examination of **Ocular Adnexa** including lids e.g. ptosis or lagophthalmos, lacrimal glands, lacrimal drainage, orbits and preauric nodes | ☐ ☐ |
| Examination of **Pupils, Irises** including shape, direct and consensual reaction (afferent pupil, size, e.g. anisocoria and neuro defects) 3/3 no APD | ☐ ☐ |
| Inspection of bulbar and palpebral **Conjunctiva** | ☐ ☐ |
| Slit lamp examination of **Corneas,** including conjunctiva, stroma, endothelium and tear film | ☐ ☐ |
| Slit lamp examination of **Anterior Chambers,** including cells and flare | ☐ ☐ |
| Slit lamp examination of **Lenses** including clarity, anterior and posterior capsule, cortex and nucleus | ☐ ☐ |
| Ophthalmic examination through **Dilated Pupils** (unless contraindicated) of **Optic Discs,** including size, C/D ratio, appearance (e.g. atrophy cupping, tumor elevation) and nerve fiber layer | ☐ ☐ |
| Posterior segments including **Retina and Vessels** (e.g. exudates and hemorrhages) | ☐ ☐ |

IOL OD; 2 NS/3+ PSC OS
(poor view)

**MEDICATIONS**
_____
_____
⊘

**OCULAR SURGICAL HX**
IOL OD 5/09

**OCULAR MEDICATIONS**
⊘

IMPRESSION: ① NS/PSC cat. OS — vis sig's.
② IOL OD — stable ③ NIDDM

PLAN ① reviewed R/B/A of CE — wants to proceed
② sched IOL OS. Biometry

*1 surgev comp.*
*evaluate mont.*

# Bureau of Prisons
## Health Services
### Consultation Request

| | | |
|---|---|---|
| Inmate Name: YOUNG, REGINALD | Reg #: 50081-066 | Complex: GRE |
| Date of Birth: 05/07/1960 00:00 | Sex: M | |

**Report of Consultation**

Inmate Name: YOUNG, REGINALD
Date of Birth: 05/07/1960 00:00
Institution:     GREENVILLE FCI
               100 U.S. HWY 40
               GREENVILLE,Illinois 62246
               6186646200

Reg #:     50081-066
Sex:     M

*Call to schedule surgery*
*618 - 277-1130 Kim Sullivan*

Completed By:

Report may be hand-written or (preferably) typed on this form. If dictated on office or hospital letterhead to
follow, please indicate essential findings or recommendations to be acted upon pending final report.

Follow-up services and primary responsibility for inmate health care remains with Bureau of Prisons staff.
While discussion of diagnostic/treatment options with the inmate may be appropriate, they are subject to review
by the inmate's primary care provider, the institution utilitzation review committee and/or the BOP National
Formulary.

Please notify institution prior to scheduling surgery dates or follow-up appointments.

Inmate not to be informed of appointment dates.

PAGE: 50081-006

NAME: **Reginald Young**

ADDRESS: FCI Greenville PO Box 4000
Greenville, IL 62246

PHONE: (618) 664-6289,

WORK: -

DOB: 05/07/1960 ( 50 )

ACCT #108454 / 108454

ALLERGIES:

THIS VISIT: 04/04/2011 2:00 pm

PCP:

LOCATION: CENTRALIA

HEALTH SERVICES
FCI/FPC GREENVILLE
100 US RT 40
GREENVILLE IL 62246

○ new Rx ∓ Sx aD

**EXAM**

OD _Old R/s for reading only_
+3.25 sp

OS _-3.50 -0.50 x 87_

Wearing Add +2.50

OD _-0.25 -1.25 x 169  20/25 +2_

OS _-0.75 -1.25 x 172  20/_

Add _150_

Refraction WNL

| EXAMINATION PERFORMED | OD OS | ABN OD OS |
|---|---|---|
| Gross **Visual Field** testing by confrontation | | |
| Test **Ocular Motility** including primary gaze alignment. | | |
| Examination of **Ocular Adnexa** including lids (e.g. ptosis or lagophthalmos), lacrimal glands, lacrimal drainage, orbits and preauric nodes. | | |
| Examination of **Pupils** _2-2 OD A ∓ RS_, Irises including shape, direct and consensual reaction (afferent pupil), size, e.g. anisocoria and morphology. | | |
| Inspection of bulbar and palpebral **Conjunctiva**. | | |
| **Slit lamp** examination of **Corneas**, including epithelium, stroma, endothelium and tear film. | | |
| **Slit lamp** examination of **Anterior Chambers**, including depth, cells and flare. | | |
| **Slit lamp** examination of **Lenses** including clarity, anterior and posterior capsule, cortex and nucleus. | ☑ ☑ | |
| Ophthalmic examination through **Dilated Pupils** (unless contraindicated) of: **Optic Discs**, including size, C/D ratio, appearance (e.g. atrophy cupping, tumor elevation) and nerve fiber layer. | | |
| Posterior segments including **Retina and Vessels** (e.g. exudates and hemorrhages). | | |

_TOL OD, 2+NS/3+PSC LOL OD 5-09_

IMPRESSION:
① NS/PSC cat. OS — few rt. lines OD ○
② TOL OD — stable ③ NIDDM mild NPDR

PLAN ① R/B/A of CE — consult for proceed
② sched TOL OS. Biometry

CHIEF COMPLAINT Pt needs to have eval OS cat sg.
Pt. has OS S/S not close for reading

HPI LOCATION ☐ OD ☑ OS ☐ OU Other

QUALITY VA Closed OS to see anything

SEVERITY least < ☐1 ☐2 ☐3 ☐4 ☐5 ☐6 ☑7 ☐8 ☐9 ☐10 > mo.

DURATION ___ hours ___ days ___ weeks ___ months ___ years

CONTEXT ○ floaters

MODIFYING FACTORS ○ flashes

ASSOCIATED SIGNS & SYMPTOMS ○ pllia or HA's

CHRONIC / INACTIVE CONDITIONS ○ spolacular degener.
Checks Bullder 2-1 day by S1, S=Start ∓ t mths by Md pt

ROS ○ PSII as recorded on _4-09_ reviewed and updated as noted

SC /50

2D /70 PH/30

20/50

Scribed by JB

Performed by ___ MD

**Neurologic/Psychiatric**
☐ Oriented to time, place person
☑ Mood and affect appropriate

glove
20/40 OS

**Dilation Time**
☑ Mydriacyl 1% 1:50
☐ Neo 2.5%
☐ Cyclogyl 1%
☐ Paremyd

Ta 13/12

Glaucoma PT starting pressures
___ 15% reduction POR1 3284J
___ No 15% reduction POR1 3285F
___ plan of care in place POR1 0517F
___ NA newly diagnosed or no glcnts

**MEDICATIONS**
Metformin
Lisinopril

**OCULAR SURGICAL HX**
TOL OD 5-09

**OCULAR MEDICATIONS**

Poor vision OS

Dictate   E-Prescribe(G8443)   No Prescription(G8445)   Manual Prescribe(G8446)

Next Visit: HVF   OCT   GDX    Today: PACH   Date of Biometry ___ done

5 0081-066

**APPT NOTE:** 1 wk po gb

Patient: Young, Reginald

Address: FCI Greenville
Greenville, IL 62246
Phone: (618) 664-6289
DOB: 05/07/1960   AGE: 49
Acct. #: 97070

ALLERGIES:
LOCATION: **CENTRALIA**
This Visit: 05/19/2009

THE EYE SURGERY CENTER

Referring doctor:

Post-op eye: Colors are bright
VA good ⊘ pain

Other eye: OS is Cloudy n
Blurry ←——— xxx

Post-Op Period/Date of Surgery
8 DAY s/p IOL OD (5-11-09) ☺

Other Ocular Diagnosis
BS: 06-109 Thus wk. firm 14

| | WNL | | | | ABN | |
|---|---|---|---|---|---|---|
| | ☐ OD | ☐ OS | External | | ☐ OD | ☐ OS |

V   OD 20/40+1   OD 20/30   IOP   OD 14   OD
    OS 20/80     OS N               OS 17   BAT   OS (20/400

MR -C25 -100 x 167  20/20-1

Eye Meds   ☑ Nevanac tid(OD)   ☐ Vigamox tid
           ☑ Omnipred tid   ☐ Vigamox qid
           (OD)  OS  OU      OD  OS  OU

Has Been Using Nevanac 6x

| WNL | | | ABN | | |
|---|---|---|---|---|---|
| OD | OS | | OD | OS | |
| ☐ | ☐ | Pupillary exam | ☐ | ☐ | |
| ☑ | ☐ | Conjunctiva | ☐ | ☐ | |
| ☑ | ☐ | Cornea | ☐ | ☐ | |
| ☑ | ☐ | Anterior Chamber | ☐ | ☐ | |
| ☑ | ☐ | Lens | ☐ | ☑ | |
| ☐ | ☐ | Vitreous and Retina | ☑ | ☐ | |

Mydriacil / Phenylephrine OD ☑  OS ☐
1:00

2+NS/3+PSC OS
DFE: ref. flat, ⊘ D/B heme

Plan / Comments
☑ Follow postoperative instruction sheet
☐ Use_____ until bottle is gone
☐ Use_____ until bottle is gone

☑ OK to schedule other eye

Follow-up   ☐ 1 Week
            ☑ 2 Weeks
            ☐ 1 Month
            ☐ Release to Optometrist

Larry Leone, M.D.
Physician
CI/ESC Greenville
5/20/09

☐ Fax to Referring Doctor
☐ Fax Transfer of Care Form

8 day s/p IOL OD — doing well
2) NS/PSC cat. OS — vis. sig → sched IOL
3) NPDR — mild NPDR

**ANDREW C. PEDERZOLLI, M.D.**
**BART J. BRINE, M.D.**
DISEASES AND SURGERY OF THE EYE
OPHTHALMOLOGY
1059 EAST STATE STREET
SALEM, OHIO 44460
(330) 332-9991

November 3, 2008

Clinical Director
FCI Elkton
Lisbon, OH 44432

Re: Reginald Young          # 50031 - 066

Dear Doctor,

I had the pleasure of examining Reginald Young on October 27, 2008. As you may recall, Mr. Young is a 48 year old black male who has been complaining about progressive loss of vision, the OD more so than the OS, over the past couple of years. His past medical history includes diabetes mellitus.

Acuity is 20/80 OD and 20/60 OS without correction. I am unable to improve his vision with spectacles. Slit lamp exam is quiet with acquired racial melanosis. There is no rubeosis. He does have significant posterior subcapsular cataracts in OU.

Dilated exam is extremely poor secondary to the opacity. However, everything looks to be flat.

My impression is visually significant cataract OU, for which I do recommend cataract removal, the OD followed shortly by the OS. The reasons for this, of course, would be visual improvement and to allow us to better diagnose and treat any diabetic retinopathy.

I hope you find this information useful.

Sincerely,

Bart J. Brine, M.D.
BJB/lsm

RM Lepiane MD
RM LEPIANE
11/7/08

(Please Print): The bottom portion of this form will be returned to you with your appointment date and time.

*hes Rx. eye Ilinic.*

(Escriba separado:) La porcion inferior de esta forma le sera devuelta indicando la fecha y hora de su cita medica

*c/o blurry vison insho R ey?*

Name:
Nombre: **Reginald Young**

Register Number:
Numero: **50081-066**

Unit:
Unidad: **6-North**

Today's Date:
Fecha: **12-10-2006**

What is your medical problem?
Cual es su problema medico? **My vision is blurred (Might be cataracts)**

When did your problem begin or how long have you had the problem?
Cuando comenzo su problema, cuanto tiempo lo ha tenido? **About 2 or 3 months**

When were you seen last for your problem?
Cuando fue visto por ultima vez por su problema? **The 28th of Nov. 2006**

Are you taking medicine? (Circle One)   YES   (NO)    Do you need Refills? (Circle One)   Yes   (NO)
Esta tomando medicinas? (Circule Uno)   SI   NO    Necesita mas medicina? (Circule Uno)   SI   NO

| Medication/Medicina | Used for / Usada para | Medicine/Medicina | Used for / Usada para |
|---|---|---|---|
| 1. | | 4. | |
| 2. | | 5. | |
| 3. | | 6. | |

Do you request any information from the Pharmacist about your medication?   YES   (NO)
Necesita informacion del farmaceutico sobre su medicina?   SI   NO

Do you have pain?   YES   (NO)    How severe ? (Circle One)   Least pain 1 2 3 4 5 6 7 8 9 10 Maximum pain
Tiene dolor?   SI   NO    Cuan severo? (Circule Uno)   Minimo 1 2 3 4 5 6 7 8 9 10 Maximo dolor

Have you had an injury?   YES   (NO)    If YES, where is the pain? _____

Se lesiono?   SI   NO    Si se lesiono donde es el dolor? _____

(Do not write below this line)                    (No escriba bajo esta linea)

Date scheduled to be seen:          DATE:_____   TIME:_____

THIS IS YOUR SICK CALL APPOINTMENT (Present it to the Unit Officer) ESTA ES SU CITA (Presentela al oficial)

Name: **Young** _____ Reg No. **50081-066** Unit:_____

Your appointment is scheduled for:    DATE:_____   TIME:_____

Provider's Name: _____

Bring this stub to your appointment.          Traiga este cupon a su cita.

*Was referred by Dr. Reginold >*
*You are on the list for optomel?]*

U.S. Department of Justice
Federal Bureau of Prisons
North Central Regional Office

400 State Avenue, Gateway Tower II, 8th Floor
Kansas City, Kansas 66101-2421

Official Business

JT

7016 0910 0000 2694 8810

KANSAS CITY
640
MAR 17
71

Reginald Young
Register No. 50081-066
FCI Greenville
P.O. Box 5000
Greenville, IL 62246

62246-500000

Reginald Young #50081
P.O. Box 5000
Greenville, IL 62246

MAIL CLEARED
US MARSHALS

Legal Mail

United States Courthouse
750 Missouri Avenue, Room 104
East St. Louis, IL 62201

RECEIVED

SEP - 5 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

FEDERAL BUREAU OF PRISONS
POST OFFICE BOX 4000
GREENVILLE, IL 62246

The enclosed letter was processed on ___8/29___ through
special mailing procedures. The letter is/ w neither been
opened or inspected. If the writer raises a questions or
problem over which this facility has jurisdiction, you
may wish to return the material for further information
or clarification. If the writer address, correspondence
for forwarding to another addressee, please return the
enclosure to the above address.