IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

REGINALD YOUNG, )
 )
    Plaintiff, )
 )
v. ) Case No. 17-cv-00946-JPG-RJD
 )
UNITED STATES OF AMERICA, )
 )
    Defendant. )

FILED
JAN 24 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST LOUIS OFFICE

PLAINTIFF'S RESPONSE TO THE UNITED STATES MOTION
TO DISMISS AND OR MOTION FOR SUMMARY JUDGMENT

COMES NOW Reginald Young the Plaintiff, pro se and respectfully files this Reply to the United States Motion to Dismiss to Plaintiff's Federal Tort Claim Act pursuant to 28 U.S.C. Sections 1346(B)(1), 28 U.S.C.S. 2680 (A). The Plaintiff stands firmly on all points raised in his initial Federal Tort Claim. This Reply will address only the points raised in the United States answer/response that requires a reply.

THE PLAINTIFF STATES AS FOLLOWS:

Contrary to the United States Motion to Dismiss based on Plaintiff's alleged failure to comply with 735 ILCS - 5/2-622(a) requirements, the Plaintiff states that he has complied, and thus, the United States motion to dismiss should be " denied ".

On October 26, 2017 this Honorable Court after preliminary review of the Plaintiff's Complaint pursuant to 28 U.S.C. Section 1915(a), the Court determined that Count 1, against the United States survives screening clearly based upon the content's of the complaint filed by the Plaintiff. The Court also "granted " and additional 90 days to file written report(s) after receiving medical records requested from the respondent who has not complied within 60 days of receiving such request.

(1)

The Plaintiff finally received the additional medical reports from Centralla Vision Center on December 22, 2017, and also from the Swansea Vision Center on January 3, 2018. Furthermore the record is clear that the Plaintiff is under the " custodial care " of the Federal Bureau of Prison and contained in the Plaintiff's initial filing provided medical records indicating that Dr. Douglas Kruse, MD/CD was the acting physician of record with the BOP at FCI Greenville, and Dr. Alan Montgomery was the visiting O.D. for FCI Greenville. It should be duly noted that Dr. F. Ahmed, MD/CD is the current acting physician at FCI Greenville.

**Analysis**

Under Illinois law, when a plaintiff is seeking damages for injuries "by reason of medical, hospital, or other healing art malpractice" the plaintiff's attorney must file an affidavit attesting that the attorney "has consulted and reviewed the facts of the case with a health care professional" who "has determined in a written report . . . that there is a reasonable and meritorious cause for the filing of such action . . . ." 735 ILCS 5/2-622(a). The attorney must attach the health care professional's report to the affidavit. *Id.* Illinois courts liberally construe section 2-622(a) reports in favor of plaintiffs. *See Mueller v. N. Suburban Clinic, Ltd.*, 299 Ill. App. 3d 568, 701 N.E.2d 246, 250, 233 Ill. Dec. 603 (Ill. App. Ct. 1998).

The Plaintiff states to avoid Dismissal for Failure to Comply with Section 2-622(a)(1) which is designed to reduce the number of frivolous medical malpractice lawsuits at an early stage before litigation expenses mount. This Court in it's decision on October 26, 2017 determined this fact. See, SULLIVAN -v- EDWARDS HOSP., 209 N.E. 2d. 645, 282 ILL Dec 348 (2004).

The report/complaint " establishes " only that the Plaintiff has meritorious claim and therefore the Plaintiff has supplied a short and brief outline regarding the reasonable grounds for pursuing this action. The medical reports and affidavit's the Plaintiff has submitted are liberally contrived in favor of the Plaintiff. See, CUTLER -v- NORTHWEST SUBURBAN COMMUNITY HOSPITAL., INC. 405 ILL App. 3d. 1052, 1064, 939, N.E. 2d. 1032, 345 ILL Dec 852 (2010) and SHERROD -v- LINGLE, 223 F. 3d. 605, 613-14 (7th. Cir. 2000). Thus, the Plaintiff states he has complied as required pursuant 2-622(a)(1) and when " liberally contrived " is sufficient.

The Plaintiff turns to BURNS -v- WILLIAMSON, No. 11-3020, 2012 U.S. Dist. Lexis 97415 2012 WL. 2872475 (C.D. ILL July 12, 2012) as persuasive authority, that his attached reports does satisfy Section 2-622(a)'s report requirement. In BURNS, the Plaintiff brought claims against an ambulance service provider. The Plaintiff's report did not specifically address the ambulance service provider's direct negligence. Id. The Court, however, found that the report was " sufficient " to support Plaintiff's liability claims. Id. Specifically, the Court concluded the report was sufficient because the Plaintiff had " minimally complied " with Section 2-622(A), 2012 U.S. Dist Lexis 97415 (WL.-C, 6), see also, ALTHOFF -v- BRANNON 2015 U.S. Dist. Lexis 11925 (7th. Cir. 2015) and STEINBERG -v- DUNSETH 276 ILL App. 3d. 1038, 1049, 658, N.E. 2d., 1239, 213 ILL Dec 2018 (1995).

As explained in STEINBERG, 276 ILL App. 3d, @ 1049, the Section 2-622 report is a " ticket " which the Plaintiff must possess in order to file his complaint. The Plaintiff uses the same explanation and attest's there is ample documentation contained in the Plaintiff's Complaint/report for a reasonable and meritorious claim against the United States. There has at least been " minimal compliance with Section 2-622, which would satisfy Section 2-622 to support his claim against the United States.

In ALTHOFF -v- BRANNON, 2015 U.S. Dist Lexis 11925 (7th Cir. 2015) the Court addressed BURNS, in which the Court concluded the report was sufficient because the Plaintiff had minimally complied with Section 2-622(a), 2012 U.S. Dist lexis 97415 (WL. @ *6). The Plaintiff in his initial filing detailed and provided medical encounters with FCI Health Services. The Plaintiff also provided some information from the Vision Centers from Centralla and Swansea. To further support his claim the Plaintiff requested medical reports " directly " from both of the above mentioned Vision centers which he " recently " received. (See, Exhibit's and Affidavit's enclosed) Furthermore the Plaintiff received reports from Dr. Maher, M.D. and Dr. Brine, M.D. clearly showing that the Plaintiff was diagnosed in 2008, and that the Plaintiff needed O.D. and O.S. surgery.

(3)

## OBJECTIONS TO DECLARATION OF JEFFERY NOTT

The Plaintiff objects and asserts that the United States provided a declaration from Jeffery Nott, Medical Records Administration Specialist, FCI Greenville, which is " clearly " " outside " the scope of this cause of action.

## CONCLUSION

The record is clear in 2008 the Plaintiff was diagnosed with " severe " cataracts in both eye's (O.D. & O.S. ) the Plaintiff had corrective surgery on his O.D. in 2009. As of this date the Plaintiff's vision O.S. has drastically diminished to the point that any spectacles could not improve his vision, basically blind in one eye. The Plaintiff claims he " did not leave his Civil Rights for proper health care " outside the gates" of FCI Greenville.

If any members of this Court or members of the United States were faced with the same situation as the Plaintiff, would they allow themselves's to wait over " NINE " years to have that corrective surgery, and if this case goes to trial would the jury ? The Plaintiff think's NOT !

Additionally this Court has discretion to allow the Plaintiff an opportunity to Amend his Complaint to Comply with Section 2-622, although the Plaintiff feels that he has satisfied Section 2-622 to proceed with this action. The Plaintiff respectfully urges this Honorable Court to " deny " the United States Motion to Dismiss and or Motion for Summary Judgment.

Respectfully submitted on this 19th day of January, 2018

Mr. Reginald Young # 50081-066
FCI Greenville
P.O. Box 5000
Greenville, IL 62246
**PRO SE REPRESENTATION**

## CERTIFICATION OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of this foregoing instrument has been mailed First Class, prepaid postage on this 19th day of January, 2018 to the parties listed in this document, and noted below by hand delivering a copy of the same to prison officials as FCI Greenville mailroom for mailing through the internal Legal Mail System. This instrument has been mailed to the United States District Court and the United States Attorney.

*Reginald Young* (signature)

Mr. Reginald Young # 50081-066
FCI Greenville
P.O. Box 5000
Greenville, IL 62246
**PRO SE REPRESENTATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

REGINALD YOUNG, )
)
    Plaintiff, )
)
v. )   Case No. 17-cv-00946-JPG-RJD
)
UNITED STATES OF AMERICA, )
)
    Defendant. )

**AFFIDAVIT** OF  REGINALD YOUNG,

January 11, 2018

I Reginald Young, the Plaintiff states as follows:

On or about April 4, 2011 I met with Dr. Jeffery Maher, M.D. (Centralia-Vison Center) regarding my vision concern's. During the content of this meeting, Dr. Maher discussed and diagnosed my progressive loss of vision. It was his professional opinion and diagnoses that he recommended and was needed O.S. cataract surgery.

_____
Mr. Reginald Young # 50081-066 (Plaintiff)
P.O. Box 5000
Greenville, IL 62246

SWORN AND SUBSCRIBED to before me the undersigned, a person known to REGINALD YOUNG # 50081-066, who swears and declares under penalty of perjury pursuant to 28 U.S.C. Section 1746 that he has read the above document and that the facts stated therein are true and correct.

On this ___17___ day of January, 2018

_____
Notary

NAME _____ TITLE Case Manager
AUTHORIZED BY ACT OF JULY 7, 1955,
AS AMENDED, TO ADMINISTER OATHS
(18 USC 4004)  1-17-18

PAGE: 30081-066

NAME: Reginald Young
ADDRESS: FCI Greenville PO Box 4000
Greenville, IL 62246
PHONE: (618) 664-6289
WORK:
DOB: 05/07/1960 (50)
ID#/ACCT #108454 / 108454
ALLERGIES:
THIS VISIT: 04/04/2011 2:00 pm
PCP:
LOCATION: CENTRALIA

HEALTH SERVICES / FPC GREENVILLE
100 US RT 40
GREENVILLE, IL 62246

Via ___ shared record ___ ltr ___ verbal: Dr. Greenville PA-C requests ach
or an opinion on signs/symptoms ___ exam with suspected DX of Cat eval

CHIEF COMPLAINT: Pt needs to have eval OS cat sx
Pt has O S/S just uses for reading
HPI LOCATION: ☐ OD ☒ OS ☐ OU Other
QUALITY: V/A closed OS to see anything
SEVERITY least < ☐1 ☐2 ☐3 ☐4 ☐5 ☐6 ☒7 ☐8 ☒9 ☐10 > mo.
DURATION ___ hours ___ days ___ weeks ___ months ___ years
CONTEXT: Floaters
MODIFYING FACTORS: Floaters
ASSOCIATED SIGNS & SYMPTOMS: Flash or HA's
CHRONIC / INACTIVE CONDITIONS: Spectacular Complex
Checks BS/check 2-mo x SD; S=start AM-Morning PT
ROS/PFSH as recorded on 4-09 reviewed and updated as noted
Scribed by NB    Performed by ___ MD
Neurologic/Psychiatric
☐ Oriented to time, place, person
☒ Mood and affect appropriate

Dilation Time
☒ Mydriacyl 1%
☐ Neo 2.5%           954
☐ Cyclogyl 1%
☐ Paremyd       OU

glove
20/400S

Ta 13/12

EXAM
OD Old Rx for reading only
   +3.25 SP
OS -3.50 - 0.50 x 85
Wearing Add +2.50

OD -0.25 -1.25 x 169   20/25 +2
OS -0.75 -1.25 x 172   20/
Add ___               50

Refraction
WNL
OD OS
☒ ☒ Gross Visual Field testing by confrontation     ABN  OD OS  ☐ ☐
☒ ☒ Test Ocular Motility including primary gaze alignment.    ☐ ☐
☒ ☒ Examination of Ocular Adnexa including lids(e.g. ptosis or lagophthalmos), lacrimal glands, lacrimal drainage, orbits and preauric nodes.    ☐ ☐
SL ☒ Examination of Pupils, 2-2 OAPDS Irises including shape, direct and consensual reaction (afferent pupil), size. e.g. anisocoria and morphology.   ☐ ☐
☒ ☒ Inspection of bulbar and palpebral Conjunctiva.    ☐ ☐
☒ ☒ Slit lamp examination of Corneas, including epithelium, stroma, endothelium and tear film.    ☐ ☐
☐ Slit lamp examination of Anterior Chambers, including depth, cells and flare.    ☐ ☐
☐ Slit lamp examination of Lenses including clarity, anterior and posterior capsule, cortex and nucleus    ☒ ☒
☐ Ophthalmic examination through Dilated Pupils (unless contraindicated) of: Optic Discs, including size, C/D ratio, appearance (e.g. atrophy cupping, tumor elevation) and nerve fiber layer.   ☐ ☐
☐ Posterior segments including Retina and Vessels (e.g. exudates and hemorrhages).    ☐ ☐

VSC 50
2D 70 PH 30
20 50

Glaucoma PT starting pressures ___
___ 15% reduction    PQRI 3284F
___ No 15% reduction PQRI 3285F
___ plan of care in place PQRI 0517F
___ NA newly diagnosed or no glcm

MEDICATIONS
Metformin
lisinopril

IOL OD, ZFNS/3+PSc QRL OD 5-09 JM

poor view OS

IMPRESSION:
1) NS/PSC cat. OS - few ot. lines OD vis sig.
2) IOL OD - stable   3) NIDDM - ctl NPDR
4) R/B/A of CE - wants to proceed
5) sched IOL OS - Biometry

OCULAR SURGICAL HX
IOL OD 5-09

OCULAR MEDICATIONS

Dictate  E-Prescribe(G8443)   No Prescription(G8445)   Manual Prescribe(G8446)   ___ MD, Jeffrey M.
t Visit: HVF ___ OCT ___ GDX ___   Today: PACH ___  Date of Biometry ___/___/___  done

Rec
12-22-2017



THE SURGERY CENTER of CENTRALIA

A Community Care Partner

1045 Martin Luther King Dr.
Centralia, Illinois 62801

ST LOUIS
MO 630
22 DEC '17



$ 000.46
02 1P
0000306602   DEC 19 2017
MAILED FROM ZIP CODE 62801



Reginald Young
P.O. Box 5000
Greenville, IL
62246

62246-500000

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

REGINALD YOUNG, )
)
    Plaintiff, )
)
v. )  Case No. 17-cv-00946-JPG-RJD
)
UNITED STATES OF AMERICA, )
)
    Defendant. )

**AFFIDAVIT** OF  REGINALD YOUNG,

January 11, 2018

I Reginald Young, the Plaintiff states as follows:

On or about July 19, 2011 I met with Dr. Jeffery Maher, M.D. (Swansea-Vison Center) regarding my vision concern's. During the content of this meeting, Dr. Maher discussed and diagnosed my progressive loss of vision. It should be noted that in April I also met with Dr. Maher and It was his professional opinion and diagnoses that he recommended and was needed O.S. cataract surgery. During the July 19th, consultation the discussion was relating to the same " Chief Complaint " of past evaluations concerning my continued loss of vision.

_/s/ Reginald Young_
Mr. Reginald Young # 50081-066 (Plaintiff)
P.O. Box 5000
Greenville, IL 62246

SWORN AND SUBSCRIBED to before me the undersigned, a person known to REGINALD YOUNG # 50081-066, who swears and declares under penalty of perjury pursuant to 28 U.S.C. Section 1746 that he has read the above document and that the facts stated therein are true and correct.

On this __17__ day of January, 2018

_____
Notary

NAME __KPJ__ TITLE _Case Manager_
AUTHORIZED BY ACT OF JULY 7, 1955,
AS AMENDED, TO ADMINISTER OATHS
(18 USC 4004)   1-17-18

**APPT NOTE**
PAGE:
NAME: Reginald Young
ADDRESS: FCI Greenville PO Box 4000
Greenville, IL 62246
PHONE: (618) 664-6289,
WORK:
DOB: 05/07/1960 (51)
ient ID # / ACCT #108454 / 108454
ALLERGIES:
THIS VISIT: 07/19/2011 1:15 pm
PCP:
LOCATION: SWANSEA

Via ___ shared record ___ ltr ___ verbal  DR. ___ requests advice or an opinion on signs/symptoms fro... em with suspected DX of

CHIEF COMPLAINT: Here for Cataract OS ✓

HPI: LOCATION ☐ OD ☒ OS ☐ OU  Other ___
QUALITY: Va blurred OS.  OD fine
SEVERITY: least < ☐1 ☐2 ☐3 ☐4 ☐5 ☐6 ☐7 ☐8 ☒9 ☐10 > most
DURATION: ___ hours ___ days ___ weeks ✓ months ___ years
CONTEXT: Constant
MODIFYING FACTORS: flashes
ASSOCIATED SIGNS & SYMPTOMS: ⊕ floaters (old)
CHRONIC / INACTIVE CONDITIONS: IOL OD - Cat OS
Indicate: 1 Imp OD - Cat OS worse

ROS/PFSH as recorded on 4-1 reviewed and updated as noted
Scribed by CW, COA  Performed by ___ MD

Neurologic/Psychiatric
☐ Oriented to time, place person
☐ Mood and affect appropriate

Dilation Time
☐ Mydriacyl 1% 35
☐ Neo 2.5%
☐ Cyclogyl 1%  Pm
☐ Paremyd

**EXAM**
W  OD ___
   OS ___
Wearing Add ___
   readers old

R  OD -0.25 sph
   OS -1.25 +0.50 x 155
   Add ___

V sc 20/30
      20/80-2  ph 20/80

V cc 20/30
      20/50-2

Bat 20/100 (OS)

Ta 13/14  Cu

Refraction
WNL  EXAMINATION PERFORMED  ABN
OD OS                        OD OS
☒☒ Gross Visual Field testing by confrontation  ☐☐
☐☒ Test Ocular Motility including primary gaze alignment  ☐☐
☐☒ Examination of Ocular Adnexa including lids(e.g ptosis  ☐☐
     or lagophthalmos), lacrimal glands, lacrimal drainage, orbits and preauric nodes
☐☒ Examination of Pupils, 3/3 ⊘APD  ☐☐
     Irises including shape, direct and consensual
     reaction (afferent pupil), size, e.g. anisocoria and morphology
☒☒ Inspection of bulbar and palperal Conjunctiva  ☐☐
☐☒ Slit lamp examination of Corneas, including  ☐☐
     epithelium, stroma, endothelium and tear film
☐☐ Slit lamp examination of Anterior Chambers,  ☐☐
     including depth, cells and flare
☐☐ Slit lamp examination of Lenses including clarity,  ☒☒
     anterior and posterior capsule, cortex and nucleus   IOL OD; 2+NS/3+PSC OS
☒☐ Ophthalmic examination through Dilated Pupils (unless  ☐☐
     contraindicated) of Optic Discs including size, C/D ratio, appearance (e.g atrophy cupping, tumor elevation) and nerve fiber layer  (our view)
☐☐ Posterior segments including Retina and Vessels  ☐☐
     (e.g exudates and hemorrhages)

Glaucoma PT starting pressures ___
___ 15% reduction  PQRI 3284F
___ No 15% reduction  PQRI 3285F
___ plan of care in place  PQRI 0517F
___ NA  newly diagnosed or no glcma

MEDICATIONS
⊘

OCULAR SURGICAL HX
IOL OD 5/09

OCULAR MEDICATIONS
⊘

IMPRESSION: ① NS/PSC cat. OS — vis sys.
② IOL OD — stable  ③ NIDDM

PLAN ① reviewed R/B/A of CE — wants to proceed
② schel IOL OS. Biometry

Dictate  E-Prescribe(G8443)  No Prescription(G8445)  Manual Prescribe(G8446)  Maher MD, Jeffrey M.
ext Visit: HVF  OCT  GDX  Today: PACH  Date of Biometry ___ done

ILLINOIS EYE SURGEONS
3990 NORTH ILLINOIS ST.
BELLEVILLE, IL 62226

26 FCI Greenville
P.O. Box 5000
Reginald Young #50081-066
Greenville, IL. 62246

Rec'd on 1-3-2018



ZIP 62226
US POSTAGE PITNEY BOWES

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

REGINALD YOUNG, )
)
    Plaintiff, )
)
v. )  Case No. 17-cv-00946-JPG-RJD
)
UNITED STATES OF AMERICA, )
)
    Defendant. )

**AFFIDAVIT** OF  REGINALD YOUNG,

January 11, 2018

I Reginald Young, the Plaintiff states as follows:

On or about October 27, 2008 I met with Dr. Bart J. Brine, M.D. of the Diseases and Surgery of the Eye Ophthalmology regarding my vision concern's. During the content of this meeting, Dr. Brine discussed and diagnosed my progressive loss of vision. It was his professional opinion and diagnoses that he was unable to improve my vision with spectacles. Furthermore, his diagnoses and impression, Dr. Braine recommended cataract removal, the OD followed shortly the O.S. And followed up his reasons for this, would be visual improvement.

_____
Mr. Reginald Young # 50081-066 (Plaintiff)
P.O. Box 5000
Greenville, IL  62246

SWORN AND SUBSCRIBED to before me the undersigned, a person known to REGINALD YOUNG # 50081-066, who swears and declares under penalty of perjury pursuant to 28 U.S.C. Section 1746 that he has read the above document and that the facts stated therein are true and correct.

On this __17__ day of January, 2018

_____
Notary

NAME _KPJ_   TITLE _Case Manager_
AUTHORIZED BY ACT OF JULY 7, 1955,
AS AMENDED, TO ADMINISTER OATHS
(18 USC 4004)  1-17-18

ANDREW C. PEDERZOLLI, M.D.
BART J. BRINE, M.D.
DISEASES AND SURGERY OF THE EYE
OPHTHALMOLOGY
1059 EAST STATE STREET
SALEM, OHIO 44460
(330) 332-9991

November 3, 2008

Clinical Director
FCI Elkton
Lisbon, OH 44432

Re: Reginald Young #50081-066

Dear Doctor,

I had the pleasure of examining Reginald Young on October 27, 2008. As you may recall, Mr. Young is a 48 year old black male who has been complaining about progressive loss of vision, the OD more so than the OS, over the past couple of years. His past medical history includes diabetes mellitus.

Acuity is 20/80 OD and 20/60 OS without correction. I am unable to improve his vision with spectacles. Slit lamp exam is quiet with acquired racial melanosis. There is no rubeosis. He does have significant posterior subcapsular cataracts in OU.

Dilated exam is extremely poor secondary to the opacity. However, everything looks to be flat.

My impression is visually significant cataract OU, for which I do recommend cataract removal, the OD followed shortly by the OS. The reasons for this, of course, would be visual improvement and to allow us to better diagnose and treat any diabetic retinopathy.

I hope you find this information useful.

Sincerely,

Bart J. Brine, M.D.
BJB/lsm

RM Lepiane MD
RM LEPIANE
11/7/08

Federal Correctional Institution Greenville
Reginald Young #50081-066
P.O. Box 5000
Greenville, IL 62246

MAIL CLEARED
US MARSHALS

United States
District Court
P.O. Box 249
East St. Louis, Illinois 62202

Legal Mail

RECEIVED
JAN 24 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE