UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

REGINALD YOUNG,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
FEDERAL BUREAU OF PRISONS and
DEPARTMENT OF JUSTICE,

    Defendants.

Case No. 17-cv-946-JPG-RJD

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED:** **September 5, 2018**

                **THOMAS L. GALBRAITH, Acting Clerk of Court**

                **s/Tina Gray, Deputy Clerk**

**Approved:**    s/J. Phil Gilbert
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**